FILED

11/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0375

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| **ESTATE OF GREG PHILLIPS; GREG PHILLIPS INDIVIDUALLY; CAROL PHILLIPS, INDIVIDUALLY, and as PERSONAL REPRESENTATIVE OF THE ESTATE OF GREG PHILLIPS** | **Cause No.: DA 23-0375** |
| Appellant, | |
| v. | **ORDER EXTENDING DEADLINE FOR ANSWERING BRIEF** |
| **ANNA ROBBINS, MD; LOGAN HEALTH, f/k/a KALISPELL REGIONAL HEALTHCARE; JOHN DOES 1 – 10; and DOE BUSINESS ENTITIES X, Y, and Z.** | |
| Appellee. | |

**THIS MATTER,** having come before this Court on Appellees' *Unopposed Motion to Extend Deadline for Answering Brief*, having been reviewed and good cause appearing;

IT IS NOW ORDERED

The deadline for filing Appellants Opening Brief is now EXTENDED to the 29th of December 2023.

*ELECTRONICALLY DATED AND SIGNED BELOW.*

cc: Darin K. Westover, Attorney for Appellants
Sean Goicoechea & Katrina L. Feller, Attorneys for Appellee

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 28 2023